# A to E Inc.

**2122 Seamans Neck Road**
**Seaford, New York 11783**
**(516) 420-4200**
**FAX (718) 739-8280**

DOCKET & FILE (ross)

December 17, 2005

United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Attn: Honorable Judge Ross
Re: **Summons No. 200512060-025**
   **Case No. 05 5579**
   **Theodore King v A to E Inc.**

*Respectfully referred to assigned magistrate judge*
*So ordered.  12/27/05*
*cc: [illegible] (KAM)*

Dear Honorable Judge,

I, Susan Novelli, President of A to E Inc. am respectfully requesting an extension of time in answering the above referenced summons. I have just been served with this summons and need to retain an attorney. I am therefore, requesting a thirty (30) day extension, so that my attorney may answer this summons.

I appreciate your time and attention to my request. Thank You.

*This application for a 30 day extension is granted. So ordered.*
*U.S.M.J. 12/29/05*

Respectfully,

*Susan Novelli*
Susan Novelli
President

Cc: Gary La Barbera- Local 282 Trustee
   Theodore King- Local 282 Trustee
   Avram Schreiber Esq.